**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00716-CV

**JOSE SYLVESTERE LOPEZ, Appellant**

**V.**

**CLAUDIA LOPEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-05531-S**

## ORDER

We **GRANT** appellant's August 14, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before September 16, 2013. We caution appellant that no

further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE